# Exhibit 1

# Communication Manager

## tova stabin

*Communication Manager*

tstabin@uoregon.edu

Ms. tova stabin is part of the UO internal and executive communications team working as the Communication Manager for the Division of Equity and Inclusion. She has more than 20 years of communications experience including in writing, editing, digital and social media, website content development and strategic planning. She most recently worked as Communication Specialist at Parenting Now, as a writer for Thomas Riggs' encyclopedias, and ran her own consulting firm, Diversity Education and Information Services, with clients that included Lane Community College, Northwest Library Association and the City of Eugene. Her writing has been published widely locally and nationally and she is the recepient of a number of writing awards and fellowships. She has a BA in English and Women's Studies; a Masters of Library and Information Science; and a Master's Certificate in Integrative Administration. She is also an avid social justice activist, reader, gardener, an active member of Temple Beth Israel and proud parent.

As Communication Manager, she will be working on all digital and print communication, including social media, website content and design, internal and external communication, as well as working on strategic communication planning.