## **\*\*PRELIMINARY INJUNCTION APPEAL\*\***

## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** OREGON

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: 3:22-cv-1881-HZ

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/11/2022

Date of judgment or order you are appealing: 01/26/2023

Docket entry number of judgment or order you are appealing: 57 (denial of prelim. injunction)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Bruce Gilley

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

NA

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Endel Kolde          **Date** 02/03/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                        *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Bruce Gilley

Name(s) of counsel (if any):

> Endel Kolde, Stephanie Brown (Institute for Free Speech)

Address: | 1150 Connecticut Ave, NW, Suite 801, Washington, DC 20036

Telephone number(s): | 202-301-1664; 202-301-1215

Email(s): | dkolde@ifs.org; sbrown@ifs.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Tova Stabin; and the Communication Manager of the Div. of E. and I. at U. Or.

Name(s) of counsel (if any):

> Misha Isaak

Address: | Stoel Rives LLP, 760 SW Ninth Ave, Ste 3000, Portland OR  97205

Telephone number(s): | 503 224-3380

Email(s): | misha.isaak@stoel.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

> Same as above

Name(s) of counsel (if any):

> Angus Lee (Angus Lee Law Firm, PLLC)

Address: 9105 NE Highway 99, Suite 200, Vancouver, WA 98665-8974

Telephone number(s): (360) 635-6464

Email(s): angus@angusleelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

## **Appellees**

Name(s) of party/parties:

> Same as above

Name(s) of counsel (if any):

> Stephen English

Address: Perkins Coie LLP, 1120 NW Couch, 10th Fl, Portland OR  97209

Telephone number(s): 503 727-2003

Email(s): senglish@perkinscoie.com

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                          *New 12/01/2018*